Form 201

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 15–81401

IN THE MATTER OF:
Christopher Marshall Carter   xxx–xx–0162
4420 Southern Pine Drive
Southport, NC 28461

　　Debtor(s)

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

　　Sara A. Conti is discharged as trustee of the estate of the above named debtor.

　　The Chapter 7 case of the above named debtor is closed.

Dated: 4/20/16

*LENA MANSORI JAMES*
United States Bankruptcy Judge